SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano Inumerable (SBN 144076)
101 S. Western Ave.,
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MARIA GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>       Plaintiff,<br><br>    vs.<br><br>JORGE LUIS MAZARIEGOS D/B/A SHALOM FURNITURE; WALTER JAYASINGHE, AS TRUSTEE OF THE WALTER AND AESHEA JAYASINGHE FAMILY TRUST; and DOES 1 to 10,<br><br>       Defendants. | **Case No.: 2:26-cv-01270-AJR**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JORGE LUIS MAZARIEGOS D/B/A SHALOM FURNITURE** |

**PLEASE TAKE NOTICE** that Plaintiff MARIA GARCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant JORGE LUIS MAZARIEGOS D/B/A SHALOM FURNITURET ("Defendant") *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: April 9, 2026          SO. CAL. EQUAL ACCESS GROUP

By:   /s/  *Jason J. Kim*
          Jason J. Kim
          Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**